THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. JEROME B. SIMANDLE |
| v. | Criminal No. 03-354 (JBS) |
| WILLIAM OSCAR HARRIS, | |
| Defendant. | **ORDER** |

This matter having come before the Court on Defendant's motion to terminate his contempt sentence [Docket Item 511]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this     **20th**     day of **February, 2008** hereby

ORDERED that Defendant's motion to terminate his sentence for civil contempt shall be and hereby is **DENIED**.


 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge