```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>WILLIAM OSCAR HARRIS,<br><br>              Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Criminal Action<br>No. 03-354-01 (JBS)<br><br>**ORDER** |

This matter having come before the Court on Defendant William Oscar Harris' "motion for relief from void judgment" and "motion for preliminary injunction and order to show cause" [Docket Item 570], as well as his "motion for stay" [Docket Item 572]; and

The Court having considered the submissions of the parties; for the reasons discussed in the foregoing; and for good cause shown;

IT IS this __**13th**__ day of __**January**__, **2015,** hereby

ORDERED that Defendant William Oscar Harris' "motion for relief from void judgment" and "motion for preliminary injunction and order to show cause" [Docket Item 570] is **DENIED**; and it is further

ORDERED that Defendant's "motion for stay" [Docket Item 572] is **DENIED.**

                              __s/ Jerome B. Simandle__
                              JEROME B. SIMANDLE
                              Chief U.S. District Judge